UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

**Date** 12/6/16 **Judge** Honorable Patricia L. Cohen **Case No.** 4:16-CR-00502-CEJ-PLC

**UNITED STATES OF AMERICA v.** Deborah Pierce

**Court Reporter** FTR **Deputy Clerk** E. Brown

**Assistant United States Attorney(s)** Gilbert Sison (for Thomas Albus)

**Attorney(s) for Defendant(s):** Adam Fein

**Interpreter** ☐ **SEALED PROCEEDING**

**Proceedings:**

☐ Initial Appearance ☐ Supervised Release Rev. ☐ Detention Hearing ☐ Preliminary Revocation
☑ Arraignment ☐ Bond Review ☐ Probation
☐ Preliminary Examination ☐ Bond Execution/Appearance Bond ☐ Supervised Release
☐ Motion Hearing ☐ In Court Hrg (**WAIVER OF MOTIONS**) ☐ Competency
☐ Evidentiary Hearing ☐ Change of Plea/Sentencing ☐ Pretrial/Status Conference
☐ Oral Argument/Non Evidentiary Hearing ☐ Rule 5(c)(3)Removal (Identity) ☐ Material Witness

**Additional Information:** Defendant sworn. Defendant waives reading of indictment and enters a plea of not guilty. Defendant makes request for additional time to investigate pretrial motions. No objection from the Government. The Court Grants additional time and makes Speedy Trial Finding on the record. Order on pretrial motions to issue.

☐ Oral Motion for appointment of counsel (GRANTED) ☐ Defendant is advised of rights/indicates understanding of those rights.
☐ Bail/Bond set in the amount of: $ _____ ☐ Secured Appearance Bond ☐ Secured by 10%
☐ Secured by cash **only** ☐ Secured by property ☐ Unsecured bond ☐ O/R bond
☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ before _____
☐ Preliminary examination set for _____ before _____
☑ Defendant arraigned ☑ Waives reading of indictment/information ☐ Matter taken under advisement
☑ Plea entered _not guilty_ Order on pretrial motions: ☐ issued ☑ to issue
☐ Oral Motion for Suppression ☐ Written Motion for Extension of Time to File Pretrial Motions
☐ Defendant waives _____ ☐ order to issue ☐ oral ruling
☐ Defendant waives evidentiary hearing ☐ By leave of court withdraws all pretrial motions ☐ No R&R will be forthcoming
Trial date/time _____ Before _____
☐ Remanded to custody ☑ Released on bond
Next hearing date/time 12/28/16 at 9:45 a.m. Type of hearing Evidentiary Hearing Before Judge Cohen
Proceeding commenced 10:03 a.m. Proceeding concluded 10:07 a.m. Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.
☐ Based upon the waiver, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.