UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:16CR502 CEJ/PLC |
| | ) |
| DEBORAH PIERCE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the court on Defendant's fourth unopposed motion to extend the time to file pretrial motions and to continue the evidentiary hearing [Doc. 26].

For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for an effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, see 18 U.S.C. § 3161(h)(7)(B)(iv), and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A). Therefore, the time granted to Defendant to investigate and prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's fourth unopposed motion to extend the time to file pretrial motions and for continuance of the pretrial motion hearing [Doc. 26] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant shall have until April 24, 2017, to file any pretrial motions or waiver of motions. The Government shall have until May 1, 2017, to respond.

**IT IS FURTHER ORDERED** that the Evidentiary/Waiver Hearing presently set for March 31, 2017, is continued and rescheduled for May 2, 2017, at 9:30 a.m. Defendant and counsel for both parties are required to attend.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 24th day of March, 2017