**COURTROOM MINUTE SHEET**
**SENTENCING PROCEEDINGS**

Date: 03/12/2018   Case No. 4:16-cr-00502-HEA
UNITED STATES OF AMERICA vs. Deborah Pierce
Judge: HENRY E. AUTREY   Court Reporter: Angela Daley
Deputy Clerk: A. Shepard   Interpreter: _____
Assistant United States Attorney(s): Thomas C. Albus
Attorney(s) for Defendant: Adam D. Fein & Marc Johnson
Probation Officer: _____

- [✓] Defendant/Parties present for imposition of sentence.
- [✓] No objections to presentence report filed by either party.
- [ ] Objections to presentence report filed by [ ] Defendant [ ] USA
- [ ] Objections to presentence report heard and [ ] Granted/sustained [ ] Denied [ ] as follows:

___

- [✓] Presentence Report adopted/accepted by Court as findings of fact and filed under seal.
- [ ] Government's Motion is [ ] granted [ ] denied

- [ ] Letters received regarding defendant received and reviewed by the Court.
- [ ] Letters to be made part of the record and filed Under Seal.
- [✓] Sentence imposed (see judgment)

___

- [ ] The Court makes the following recommendations to the Bureau of Prisons:

___

- [ ] Ordered that Count(s) _____ dismissed on motion of AUSA
- [ ] Defendant remanded to custody of the USMS
- [ ] Defendant granted a voluntary surrender to the institution/USMS for incarceration as:
- [ ] Notified by USMS.   [ ] Surrender date ordered: _____
- [✓] Defendant is released on Probation/Supervised Release pending processing by USMS.
- [✓] Witness testimony (see witness list) [ ] Exhibits returned to/retained by counsel (see exhibit list)
- [ ] Certificate of Compliance with Local Rule 12.07(A) provided to defendant's attorney

Proceedings commenced: 11:08AM   Concluded: 12:16PM